VERA F. STRONG, as Executrix of WILLIAM H. DAILEY, Deceased, Respondent, *v.* LEWIS G. DAILEY, as Surviving Partner of the Firm of W. H. DAILEY & SON, Appellant.

*Partnership — accounting — credit for value of sand and gravel removed from land, title to which had been taken in name of surviving partner, improperly allowed him.*

*Strong* v. *Dailey*, 217 App. Div. 318, affirmed.

(Submitted February 25, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 8, 1926, modifying and affirming as modified a judgment entered upon the report of a referee in an action for a copartnership accounting. Defendant and his father, plaintiff's testator, had been partners in the sand and gravel business. During the term of the partnership certain lots were purchased, the father giving his check for part of the purchase price, the son taking title and giving back a mortgage for the balance unpaid. Thereafter sand and gravel were excavated from the lots and marketed by the partnership. On this accounting the son claimed a credit for the value of the sand and gravel removed. The Appellate Division held he was not entitled thereto.

*Rollin W. Meeker* for appellant.

*C. H. Hitchcock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.